# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DETROIT VS EVERYBODY, LLC,

    Plaintiff,

vs.

GOTHAM CITY ONLINE, LLC and
JONATHAN GARRISS,

    Defendants.

Civil Action No. 2:21-CV-10798
Honorable

**HERTZ SCHRAM PC**
Attorneys for Plaintiff
Howard Hertz (P26653)
Joseph A. Bellanca (P71649)
Matthew J. Turchyn (P76482)
Michael Fluhler (P79692)
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
hhertz@hertzschram.com
jbellanca@hertzschram.com
mturchyn@hertzschram.com
mfluhler@hertzschram.com

## **COMPLAINT AND JURY DEMAND**

Plaintiff, Detroit Vs Everybody, LLC states the following for its Complaint against Defendants, Gotham City Online, LLC and Jonathan Garriss:

{H0827418.2}