UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT VS EVERYBODY, LLC,

    Plaintiff,

vs.                                          Civil Action No. 2:21-CV-10798
                                               Honorable

GOTHAM CITY ONLINE, LLC and
JONATHAN GARRISS,

    Defendants.

**HERTZ SCHRAM PC**
Attorneys for Plaintiff
Howard Hertz (P26653)
Joseph A. Bellanca (P71649)
Matthew J. Turchyn (P76482)
Michael Fluhler (P79692)
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
hhertz@hertzschram.com
jbellanca@hertzschram.com
mturchyn@hertzschram.com
mfluhler@hertzschram.com

## INDEX OF EXHIBITS

Exhibit A - United States Trademark Certificates of Registration for VS EVERYBODY®, DETROIT VS EVERYBODY®, and EVERYBODY VS®

Exhibit B - State of Michigan Trademark Certificates of Registration VS EVERYBODY, DETROIT VS EVERYBODY, and EVERYBODY VS

Exhibit C - European Union Registration of VS EVERYBODY®

{H0827546.1}                                      1

Exhibit D - Screenshots of Defendants' marketing and sale of Infringing Goods on Defendants' website

Exhibit E - Screenshots of Defendants' marketing and sale of Infringing Goods on Amazon